NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GARY W. SMITH,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3135

---

Petition for review of the Merit Systems Protection Board in case no. AT0831120034-I-1.

---

**ON MOTION**

---

**ORDER**

Gary W. Smith moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 14 days from the date of filing of this order.

FOR THE COURT

__**JUN 1 1 2012**__
### Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gary W. Smith
     Joseph E. Ashman, Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 1 1 2012**

**JAN HORBALY**
**CLERK**